UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALEX A., A Minor, by
PAMELA A., His Parent and Next Friend

v.   CA 09-227 ML

LINCOLN SCHOOL COMMITTEE and
JOHN WARD, in his official capacity as
Finance Director for the Town of Lincoln

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objections to a Report and Recommendation issued by Magistrate Judge Martin on January 25, 2010. Magistrate Judge Martin recommends that this Court grant Defendants' Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. This Court has reviewed the Report and Recommendation, Plaintiff's Objection and Memorandum in Support, and Defendants' Memorandum in response to Plaintiff's objections.

The Report and Recommendation comprehensively chronicles the travel of this dispute and exhaustively sets forth the factual findings that support Defendants' decision to place Plaintiff in the Bradley Day School. Moreover, the Magistrate Judge appropriately applies all pertinent statutory and case law to those facts.

Having considered Plaintiff's objections and Defendants' response, this Court finds those objections to be without merit. Accordingly, the Court adopts the Report

and Recommendation.  Plaintiff's Motion for Summary Judgment is DENIED and Defendants' Motion for Summary Judgment is GRANTED.

SO ORDERED:

_/s/ Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
February 23 , 2010